# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Don Williams                                           CHAPTER 7

                      Debtor(s)

                                                            BKY. NO. 20-11694 ELF

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

                                                          Respectfully submitted,
                                                          **/s/ Rebecca A. Solarz Esquire**
                                                          Rebecca A Solarz, Esquire
                                                          Kevin G. McDonald, Esquire
                                                          KML Law Group, P.C.
                                                          701 Market Street, Suite 5000
                                                          Philadelphia, PA 19106-1532
                                                          (215) 627-1322