**TJU Hospitals, Inc.**
111 S. 11th Street
Philadelphia, PA  19107-5587

| | |
|---|---|
| Pay Group: | HBI-TJH Biweekly |
| Pay Begin Date: | 03/29/2020 |
| Pay End Date: | 04/11/2020 |

| | |
|---|---|
| Business Unit: | 209 |
| Advice #: | 000000010120731 |
| Advice Date: | 04/17/2020 |

**Don Williams**
638 East Allengrove Street
Philadelphia, PA  19120

| | |
|---|---|
| Employee ID: | 000040531 |
| Department: | 20904030-Phlebotomy |
| Location: | 925 Chestnut Street (PMA) |
| Job Title: | Phlebotomist |
| Pay Rate: | $19.101744 Hourly |

| TAX DATA: | Federal | PA State |
|---|---|---|
| Marital Status: | H-of-H | Single |
| Allowances: | 0 | 4 |
| Addl. Pct: | | |
| Addl. Amt: | | |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular | 19.101744 | 56.28 | 1,075.04 | 540.26 | 10,300.93 |
| TimeOffSch | 19.101744 | 23.77 | 454.05 | 55.17 | 1,048.91 |
| WellCredit | | | 15.00 | | 120.00 |
| Txbl Award | | | 0.00 | | 50.00 |
| BloodDonor | | | 0.00 | 6.00 | 114.62 |
| TimeOffUsc | | | 0.00 | 5.49 | 104.87 |
| Holiday | | | 0.00 | 24.00 | 452.45 |
| Jury Duty | | | 0.00 | 8.00 | 152.81 |
| Overtime | | | 0.00 | 1.58 | 45.11 |
| **TOTAL:** | | **80.05** | **1,544.09** | **640.50** | **12,339.70** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 0.00 | 35.47 |
| Fed MED/EE | 20.91 | 167.80 |
| Fed OASDI/EE | 89.40 | 717.48 |
| PA Unempl EE | 0.92 | 7.43 |
| PA Withholdng | 43.90 | 352.35 |
| PA PHILADELPHIA Withholdng | 59.77 | 479.63 |
| **TOTAL:** | **214.90** | **1,760.16** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Medical | 84.84 | 678.72 |
| Dental | 13.05 | 104.40 |
| Vis | 6.12 | 48.96 |
| FSA Health | 10.00 | 80.00 |
| DC Pension | 30.58 | 243.48 |
| **TOTAL:** | **144.59** | **1,155.56** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Life Ins. | 1.27 | 10.13 |
| Suppl AD/D | 0.41 | 3.27 |
| DepLfChild | 1.17 | 9.36 |
| DepChADD | 0.28 | 2.24 |
| Suppl LTD | 3.13 | 25.04 |
| BenefitPlus | 84.69 | 650.31 |
| Garnishmnt | 476.44 | 3,811.52 |
| **TOTAL:** | **567.39** | **4,511.87** |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Basic STD* | 9.51 | 76.08 |
| Suppl LTD* | 2.31 | 18.48 |

*TAXABLE

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,544.09 | 1,411.32 | 214.90 | 711.98 | 617.21 |
| YTD | 12,339.70 | 11,328.70 | 1,760.16 | 5,667.43 | 4,912.11 |

### NET PAY DISTRIBUTION

| | Account Type | Deposit Amount |
|---|---|---|
| Advice #000000010120731 | Checking | $400.00 |
| | Checking | $217.21 |
| | **TOTAL:** | **$617.21** |

**MESSAGE:** Real time accrued leave balances can be found at MyTime.jefferson.edu

---

**TJU Hospitals, Inc.**
111 S. 11th Street
Philadelphia, PA  19107-5587

**Date: 04/17/2020**

**Advice No. 10120731**

**Deposit Amount:**   **$617.21**

**To The Account Of**

**DON WILLIAMS**
638 East Allengrove Street
Philadelphia, PA  19120

Location: 925 Chestnut Street (PMA)

## NON-NEGOTIABLE

**TJU Hospitals, Inc.**
111 S. 11th Street
Philadelphia, PA  19107-5587

| | |
|---|---|
| Pay Group: | HBI-TJH Biweekly |
| Pay Begin Date: | 03/15/2020 |
| Pay End Date: | 03/28/2020 |

| | |
|---|---|
| Business Unit: | 209 |
| Advice #: | 000000010113246 |
| Advice Date: | 04/03/2020 |

**Don Williams**
638 East Allengrove Street
Philadelphia, PA  19120

| | |
|---|---|
| Employee ID: | 000040531 |
| Department: | 20904030-Phlebotomy |
| Location: | 925 Chestnut Street (PMA) |
| Job Title: | Phlebotomist |
| Pay Rate: | $19.101744 Hourly |

**TAX DATA:**

| | Federal | PA State |
|---|---|---|
| Marital Status: | H-of-H | Single |
| Allowances: | 0 | 4 |
| Addl. Pct: | | |
| Addl. Amt: | | |

## HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular | 19.101744 | 70.40 | 1,344.76 | 483.98 | 9,225.89 |
| BloodDonor | 19.101744 | 3.00 | 57.31 | 6.00 | 114.62 |
| TimeOffSch | 19.101744 | 6.60 | 126.07 | 31.40 | 594.86 |
| WellCredit | | | 15.00 | | 105.00 |
| Txbl Award | | | 0.00 | | 50.00 |
| TimeOffUsc | | | 0.00 | 5.49 | 104.87 |
| Holiday | | | 0.00 | 24.00 | 452.45 |
| Jury Duty | | | 0.00 | 8.00 | 152.81 |
| Overtime | | | 0.00 | 1.58 | 45.11 |
| **TOTAL:** | | **80.00** | **1,543.14** | **560.45** | **10,795.61** |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 0.00 | 35.47 |
| Fed MED/EE | 20.89 | 146.89 |
| Fed OASDI/EE | 89.34 | 628.08 |
| PA Unempl EE | 0.93 | 6.51 |
| PA Withholdng | 43.87 | 308.45 |
| PA PHILADELPHIA Withholdng | 59.74 | 419.86 |
| **TOTAL:** | **214.77** | **1,545.26** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Medical | 84.84 | 593.88 |
| Dental | 13.05 | 91.35 |
| Vis | 6.12 | 42.84 |
| FSA Health | 10.00 | 70.00 |
| DC Pension | 30.56 | 212.90 |
| **TOTAL:** | **144.57** | **1,010.97** |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Life Ins. | 1.27 | 8.86 |
| Suppl AD/D | 0.41 | 2.86 |
| DepLfChild | 1.17 | 8.19 |
| DepChADD | 0.28 | 1.96 |
| Suppl LTD | 3.13 | 21.91 |
| BeneftPlus | 84.69 | 565.62 |
| Garnishmnt | 476.44 | 3,335.08 |
| **TOTAL:** | **567.39** | **3,944.48** |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Basic STD* | 9.51 | 66.57 |
| Suppl LTD* | 2.31 | 16.17 |

*TAXABLE

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,543.14 | 1,410.39 | 214.77 | 711.96 | 616.41 |
| YTD | 10,795.61 | 9,917.38 | 1,545.26 | 4,955.45 | 4,294.90 |

## NET PAY DISTRIBUTION

| | Account Type | Deposit Amount |
|---|---|---|
| Advice #000000010113246 | Checking | $400.00 |
| | Checking | $216.41 |
| | **TOTAL:** | **$616.41** |

**MESSAGE:** Real time accrued leave balances can be found at MyTime.jefferson.edu

---

**TJU Hospitals, Inc.**
111 S. 11th Street
Philadelphia, PA  19107-5587

**Date: 04/03/2020**

**Advice No. 10113246**

**Deposit Amount:**  **$616.41**

**To The Account Of**

**DON WILLIAMS**
638 East Allengrove Street
Philadelphia, PA  19120

Location: 925 Chestnut Street (PMA)

# NON-NEGOTIABLE

**TJU Hospitals, Inc.**
111 S. 11th Street
Philadelphia, PA  19107-5587

| | |
|---|---|
| Pay Group: | HBI-TJH Biweekly |
| Pay Begin Date: | 03/01/2020 |
| Pay End Date: | 03/14/2020 |

| | |
|---|---|
| Business Unit: | 209 |
| Advice #: | 000000010105629 |
| Advice Date: | 03/20/2020 |

**Don Williams**
638 East Allengrove Street
Philadelphia, PA  19120

| | |
|---|---|
| Employee ID: | 000040531 |
| Department: | 20904030-Phlebotomy |
| Location: | 925 Chestnut Street (PMA) |
| Job Title: | Phlebotomist |
| Pay Rate: | $19.101744 Hourly |

| TAX DATA: | Federal | PA State |
|---|---|---|
| Marital Status: | H-of-H | Single |
| Allowances: | 0 | 4 |
| Addl. Pct: | | |
| Addl. Amt: | | |

## HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular | 19.101744 | 66.50 | 1,270.27 | 413.58 | 7,881.13 |
| TimeOffSch | 19.101744 | 3.12 | 59.60 | 24.80 | 468.79 |
| Jury Duty | 19.101744 | 8.00 | 152.81 | 8.00 | 152.81 |
| WellCredit | | | 15.00 | | 90.00 |
| Txbl Award | | | 0.00 | | 50.00 |
| BloodDonor | | | 0.00 | 3.00 | 57.31 |
| TimeOffUsc | | | 0.00 | 5.49 | 104.87 |
| Holiday | | | 0.00 | 24.00 | 452.45 |
| Overtime | | | 0.00 | 1.58 | 45.11 |
| **TOTAL:** | | **77.62** | **1,497.68** | **480.45** | **9,252.47** |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 0.00 | 35.47 |
| Fed MED/EE | 20.24 | 126.00 |
| Fed OASDI/EE | 86.52 | 538.74 |
| PA Unempl EE | 0.90 | 5.58 |
| PA Withholdng | 42.48 | 264.58 |
| PA PHILADELPHIA Withholdng | 57.98 | 360.12 |
| **TOTAL:** | **208.12** | **1,330.49** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Medical | 84.84 | 509.04 |
| Dental | 13.05 | 78.30 |
| Vis | 6.12 | 36.72 |
| FSA Health | 10.00 | 60.00 |
| DC Pension | 29.65 | 182.34 |
| **TOTAL:** | **143.66** | **866.40** |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Life Ins. | 1.27 | 7.59 |
| Suppl AD/D | 0.41 | 2.45 |
| DepLfChild | 1.17 | 7.02 |
| DepChADD | 0.28 | 1.68 |
| Suppl LTD | 3.13 | 18.78 |
| BeneftPlus | 84.69 | 480.93 |
| Garnishmnt | 476.44 | 2,858.64 |
| **TOTAL:** | **567.39** | **3,377.09** |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Basic STD* | 9.51 | 57.06 |
| Suppl LTD* | 2.31 | 13.86 |
| *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,497.68 | 1,365.84 | 208.12 | 711.05 | 578.51 |
| YTD | 9,252.47 | 8,506.99 | 1,330.49 | 4,243.49 | 3,678.49 |

## NET PAY DISTRIBUTION

| | Account Type | Deposit Amount |
|---|---|---|
| Advice #000000010105629 | Checking | $400.00 |
| | Checking | $178.51 |
| **TOTAL:** | | **$578.51** |

**MESSAGE:** Real time accrued leave balances can be found at MyTime.jefferson.edu

---

**TJU Hospitals, Inc.**
111 S. 11th Street
Philadelphia, PA  19107-5587

**Date: 03/20/2020**

**Advice No. 10105629**

**Deposit Amount:** **$578.51**

**To The Account Of**

**DON WILLIAMS**
638 East Allengrove Street
Philadelphia, PA  19120
Location: 925 Chestnut Street (PMA)

# NON-NEGOTIABLE

| TJU Hospitals, Inc. | Pay Group: | HBI-TJH Biweekly | Business Unit: | 209 |
| --- | --- | --- | --- | --- |
| 111 S. 11th Street | Pay Begin Date: | 03/01/2020 | Advice #: | 000000010105629 |
| Philadelphia, PA 19107-5587 | Pay End Date: | 03/14/2020 | Advice Date: | 03/20/2020 |

| | | | TAX DATA: | Federal | PA State |
| --- | --- | --- | --- | --- | --- |
| **Don Williams** | Employee ID: | 000040531 | Marital Status: | H-of-H | Single |
| 638 East Allengrove Street | Department: | 20904030-Phlebotomy | Allowances: | 0 | 4 |
| Philadelphia, PA 19120 | Location: | 925 Chestnut Street (PMA) | Addl. Pct: | | |
| | Job Title: | Phlebotomist | Addl. Amt: | | |
| | Pay Rate: | $19.101744 Hourly | | | |

## HOURS AND EARNINGS

| | | Current | | YTD | |
| --- | --- | --- | --- | --- | --- |
| **Description** | **Rate** | **Hours** | **Earnings** | **Hours** | **Earnings** |
| Regular | 19.101744 | 66.50 | 1,270.27 | 413.58 | 7,881.13 |
| TimeOffSch | 19.101744 | 3.12 | 59.60 | 24.80 | 468.79 |
| Jury Duty | 19.101744 | 8.00 | 152.81 | 8.00 | 152.81 |
| WellCredit | | | 15.00 | | 90.00 |
| Txbl Award | | | 0.00 | | 50.00 |
| BloodDonor | | | 0.00 | 3.00 | 57.31 |
| TimeOffUsc | | | 0.00 | 5.49 | 104.87 |
| Holiday | | | 0.00 | 24.00 | 452.45 |
| Overtime | | | 0.00 | 1.58 | 45.11 |
| **TOTAL:** | | **77.62** | **1,497.68** | **480.45** | **9,252.47** |

## TAXES

| Description | Current | YTD |
| --- | --- | --- |
| Fed Withholdng | 0.00 | 35.47 |
| Fed MED/EE | 20.24 | 126.00 |
| Fed OASDI/EE | 86.52 | 538.74 |
| PA Unempl EE | 0.90 | 5.58 |
| PA Withholdng | 42.48 | 264.58 |
| PA PHILADELPHIA Withholdng | 57.98 | 360.12 |
| **TOTAL:** | **208.12** | **1,330.49** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
| --- | --- | --- |
| Medical | 84.84 | 509.04 |
| Dental | 13.05 | 78.30 |
| Vis | 6.12 | 36.72 |
| FSA Health | 10.00 | 60.00 |
| DC Pension | 29.65 | 182.34 |
| **TOTAL:** | **143.66** | **866.40** |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
| --- | --- | --- |
| Life Ins. | 1.27 | 7.59 |
| Suppl AD/D | 0.41 | 2.45 |
| DepLfChild | 1.17 | 7.02 |
| DepChADD | 0.28 | 1.68 |
| Suppl LTD | 3.13 | 18.78 |
| BeneftPlus | 84.69 | 480.93 |
| Garnishmnt | 476.44 | 2,858.64 |
| **TOTAL:** | **567.39** | **3,377.09** |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
| --- | --- | --- |
| Basic STD* | 9.51 | 57.06 |
| Suppl LTD* | 2.31 | 13.86 |
| *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
| --- | --- | --- | --- | --- | --- |
| Current | 1,497.68 | 1,365.84 | 208.12 | 711.05 | 578.51 |
| YTD | 9,252.47 | 8,506.99 | 1,330.49 | 4,243.49 | 3,678.49 |

## NET PAY DISTRIBUTION

| | Account Type | Deposit Amount |
| --- | --- | --- |
| Advice #000000010105629 | Checking | $400.00 |
| | Checking | $178.51 |
| **TOTAL:** | | **$578.51** |

**MESSAGE:** Real time accrued leave balances can be found at MyTime.jefferson.edu

---

**TJU Hospitals, Inc.**  
111 S. 11th Street  
Philadelphia, PA 19107-5587

**Date: 03/20/2020**    **Advice No. 10105629**

**Deposit Amount:**   **$578.51**

**To The Account Of**

**DON WILLIAMS**  
638 East Allengrove Street  
Philadelphia, PA 19120  
Location: 925 Chestnut Street (PMA)

# NON-NEGOTIABLE

| TJU Hospitals, Inc. | | Pay Group: | HBI-TJH Biweekly | | Business Unit: | 209 |
| --- | --- | --- | --- | --- | --- | --- |
| 111 S. 11th Street | | Pay Begin Date: | 02/16/2020 | | Advice #: | 000000010097982 |
| Philadelphia, PA 19107-5587 | | Pay End Date: | 02/29/2020 | | Advice Date: | 03/06/2020 |

| | | | | | **TAX DATA:** | **Federal** | **PA State** |
| --- | --- | --- | --- | --- | --- | --- | --- |
| **Don Williams** | | Employee ID: | 000040531 | | Marital Status: | H-of-H | Single |
| 638 East Allengrove Street | | Department: | 20904030-Phlebotomy | | Allowances: | 0 | 4 |
| Philadelphia, PA 19120 | | Location: | 925 Chestnut Street (PMA) | | Addl. Pct: | | |
| | | Job Title: | Phlebotomist | | Addl. Amt: | | |
| | | Pay Rate: | $19.101744 Hourly | | | | |

### HOURS AND EARNINGS

| | | Current | | YTD | |
| --- | --- | --- | --- | --- | --- |
| **Description** | **Rate** | **Hours** | **Earnings** | **Hours** | **Earnings** |
| Regular | 19.101744 | 76.52 | 1,461.67 | 347.08 | 6,610.86 |
| Txbl Award | | | 50.00 | | 50.00 |
| TimeOffSch | 19.101744 | 3.50 | 66.86 | 21.68 | 409.19 |
| WellCredit | | | 15.00 | | 75.00 |
| BloodDonor | | | 0.00 | 3.00 | 57.31 |
| TimeOffUsc | | | 0.00 | 5.49 | 104.87 |
| Holiday | | | 0.00 | 24.00 | 452.45 |
| Overtime | | | 0.00 | 1.58 | 45.11 |
| **TOTAL:** | | **80.02** | **1,543.53** | **402.83** | **7,754.79** |

### TAXES

| Description | Current | YTD |
| --- | --- | --- |
| Fed Withholdng | 0.00 | 35.47 |
| Fed MED/EE | 21.62 | 105.76 |
| Fed OASDI/EE | 92.46 | 452.22 |
| PA Unempl EE | 0.95 | 4.68 |
| PA Withholdng | 45.42 | 222.10 |
| PA PHILADELPHIA Withholdng | 61.69 | 302.14 |
| **TOTAL:** | **222.14** | **1,122.37** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
| --- | --- | --- |
| Medical | 84.84 | 424.20 |
| Dental | 13.05 | 65.25 |
| Vis | 6.12 | 30.60 |
| FSA Health | 10.00 | 50.00 |
| DC Pension | 30.57 | 152.69 |
| **TOTAL:** | **144.58** | **722.74** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
| --- | --- | --- |
| Life Ins. | 1.27 | 6.32 |
| Suppl AD/D | 0.41 | 2.04 |
| DepLfChild | 1.17 | 5.85 |
| DepChADD | 0.28 | 1.40 |
| Suppl LTD | 3.13 | 15.65 |
| BeneftPlus | 84.69 | 396.24 |
| Garnishmnt | 476.44 | 2,382.20 |
| **TOTAL:** | **567.39** | **2,809.70** |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
| --- | --- | --- |
| Basic STD* | 9.51 | 47.55 |
| Suppl LTD* | 2.31 | 11.55 |
| *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
| --- | --- | --- | --- | --- | --- |
| Current | 1,543.53 | 1,460.77 | 222.14 | 711.97 | 609.42 |
| YTD | 7,754.79 | 7,141.15 | 1,122.37 | 3,532.44 | 3,099.98 |

### NET PAY DISTRIBUTION

| | Account Type | Deposit Amount |
| --- | --- | --- |
| Advice #000000010097982 | Checking | $400.00 |
| | Checking | $209.42 |
| | **TOTAL:** | **$609.42** |

**MESSAGE:** Real time accrued leave balances can be found at MyTime.jefferson.edu

---

**TJU Hospitals, Inc.**　　　　　　　　　**Date: 03/06/2020**　　　　　　**Advice No. 10097982**
111 S. 11th Street
Philadelphia, PA 19107-5587

**Deposit Amount:**　**$609.42**

**To The Account Of**

**DON WILLIAMS**
638 East Allengrove Street
Philadelphia, PA 19120

Location: 925 Chestnut Street (PMA)

# NON-NEGOTIABLE

| **TJU Hospitals, Inc.**<br>111 S. 11th Street<br>Philadelphia, PA  19107-5587 | Pay Group:          HBI-TJH Biweekly<br>Pay Begin Date:   02/16/2020<br>Pay End Date:     02/29/2020 | Business Unit:   209<br>Advice **#**:         000000010097982<br>Advice Date:      03/06/2020 |
|---|---|---|

|  |  | TAX DATA: | **Federal** | **PA State** |
|---|---|---|---|---|
| **Don Williams**<br>638 East Allengrove Street<br>Philadelphia, PA  19120 | Employee ID:   000040531<br>Department:    20904030-Phlebotomy<br>Location:          925 Chestnut Street (PMA)<br>Job Title:         Phlebotomist<br>Pay Rate:        $19.101744 Hourly | Marital Status:<br>Allowances:<br>Addl. Pct:<br>Addl. Amt: | H-of-H<br>0 | Single<br>4 |

### HOURS AND EARNINGS

| **Description** | **Rate** | Current **Hours** | **Earnings** | YTD **Hours** | **Earnings** |
|---|---|---|---|---|---|
| Regular | 19.101744 | 76.52 | 1,461.67 | 347.08 | 6,610.86 |
| Txbl Award |  |  | 50.00 |  | 50.00 |
| TimeOffSch | 19.101744 | 3.50 | 66.86 | 21.68 | 409.19 |
| WellCredit |  |  | 15.00 |  | 75.00 |
| BloodDonor |  |  | 0.00 | 3.00 | 57.31 |
| TimeOffUsc |  |  | 0.00 | 5.49 | 104.87 |
| Holiday |  |  | 0.00 | 24.00 | 452.45 |
| Overtime |  |  | 0.00 | 1.58 | 45.11 |
| **TOTAL:** |  | **80.02** | **1,543.53** | **402.83** | **7,754.79** |

### TAXES

| **Description** | **Current** | **YTD** |
|---|---|---|
| Fed Withholdng | 0.00 | 35.47 |
| Fed MED/EE | 21.62 | 105.76 |
| Fed OASDI/EE | 92.46 | 452.22 |
| PA Unempl EE | 0.95 | 4.68 |
| PA Withholdng | 45.42 | 222.10 |
| PA PHILADELPHIA Withholdng | 61.69 | 302.14 |
| **TOTAL:** | **222.14** | **1,122.37** |

### BEFORE-TAX DEDUCTIONS

| **Description** | **Current** | **YTD** |
|---|---|---|
| Medical | 84.84 | 424.20 |
| Dental | 13.05 | 65.25 |
| Vis | 6.12 | 30.60 |
| FSA Health | 10.00 | 50.00 |
| DC Pension | 30.57 | 152.69 |
| **TOTAL:** | **144.58** | **722.74** |

### AFTER-TAX DEDUCTIONS

| **Description** | **Current** | **YTD** |
|---|---|---|
| Life Ins. | 1.27 | 6.32 |
| Suppl AD/D | 0.41 | 2.04 |
| DepLfChild | 1.17 | 5.85 |
| DepChADD | 0.28 | 1.40 |
| Suppl LTD | 3.13 | 15.65 |
| BeneftPlus | 84.69 | 396.24 |
| Garnishmnt | 476.44 | 2,382.20 |
| **TOTAL:** | **567.39** | **2,809.70** |

### EMPLOYER PAID BENEFITS

| **Description** | **Current** | **YTD** |
|---|---|---|
| Basic STD* | 9.51 | 47.55 |
| Suppl LTD* | 2.31 | 11.55 |
| ***TAXABLE*** |  |  |

|  | **TOTAL GROSS** | **FED TAXABLE GROSS** | **TOTAL TAXES** | **TOTAL DEDUCTIONS** | **NET PAY** |
|---|---|---|---|---|---|
| Current | 1,543.53 | 1,460.77 | 222.14 | 711.97 | 609.42 |
| YTD | 7,754.79 | 7,141.15 | 1,122.37 | 3,532.44 | 3,099.98 |

### NET PAY DISTRIBUTION

|  | **Account Type** | **Deposit Amount** |
|---|---|---|
| Advice #000000010097982 | Checking | $400.00 |
|  | Checking | $209.42 |
|  | **TOTAL:** | **$609.42** |

**MESSAGE:** Real time accrued leave balances can be found at MyTime.jefferson.edu

---

**TJU Hospitals, Inc.**                              **Date: 03/06/2020**                        **Advice No. 10097982**
111 S. 11th Street
Philadelphia, PA  19107-5587

**Deposit Amount:**    **$609.42**

**To The Account Of**

**DON WILLIAMS**
638 East Allengrove Street
Philadelphia, PA  19120

Location: 925 Chestnut Street (PMA)

# NON-NEGOTIABLE

| TJU Hospitals, Inc.<br>111 S. 11th Street<br>Philadelphia, PA  19107-5587 | Pay Group:<br>Pay Begin Date:<br>Pay End Date: | HBI-TJH Biweekly<br>02/02/2020<br>02/15/2020 | Business Unit:<br>Advice #:<br>Advice Date: | 209<br>000000010090357<br>02/21/2020 |
|---|---|---|---|---|

| | | | TAX DATA: | **Federal** | **PA State** |
|---|---|---|---|---|---|
| **Don Williams**<br>638 East Allengrove Street<br>Philadelphia, PA  19120 | Employee ID:<br>Department:<br>Location:<br>Job Title:<br>Pay Rate: | 000040531<br>20904030-Phlebotomy<br>925 Chestnut Street (PMA)<br>Phlebotomist<br>$19.101744 Hourly | Marital Status:<br>Allowances:<br>Addl. Pct:<br>Addl. Amt: | H-of-H<br>0 | Single<br>4 |

### HOURS AND EARNINGS

| | | Current | | YTD | |
|---|---|---|---|---|---|
| **Description** | **Rate** | **Hours** | **Earnings** | **Hours** | **Earnings** |
| Regular | 19.101744 | 71.78 | 1,371.12 | 270.56 | 5,149.19 |
| BloodDonor | 19.101744 | 3.00 | 57.31 | 3.00 | 57.31 |
| TimeOffSch | 19.101744 | 0.50 | 9.55 | 18.18 | 342.33 |
| TimeOffUsc | 19.101744 | 4.72 | 90.16 | 5.49 | 104.87 |
| WellCredit | | | 15.00 | | 60.00 |
| Overtime | 28.615385 | 0.13 | 3.72 | 1.58 | 45.11 |
| Holiday | | | 0.00 | 24.00 | 452.45 |
| **TOTAL:** | | **80.13** | **1,546.86** | **322.81** | **6,211.26** |

### TAXES

| **Description** | **Current** | **YTD** |
|---|---|---|
| Fed Withholdng | 0.00 | 35.47 |
| Fed MED/EE | 20.95 | 84.14 |
| Fed OASDI/EE | 89.57 | 359.76 |
| PA Unempl EE | 0.93 | 3.73 |
| PA Withholdng | 43.99 | 176.68 |
| PA PHILADELPHIA Withholdng | 59.88 | 240.45 |
| **TOTAL:** | **215.32** | **900.23** |

### BEFORE-TAX DEDUCTIONS

| **Description** | **Current** | **YTD** |
|---|---|---|
| Medical | 84.84 | 339.36 |
| Dental | 13.05 | 52.20 |
| Vis | 6.12 | 24.48 |
| FSA Health | 10.00 | 40.00 |
| DC Pension | 30.56 | 122.12 |
| **TOTAL:** | **144.57** | **578.16** |

### AFTER-TAX DEDUCTIONS

| **Description** | **Current** | **YTD** |
|---|---|---|
| Life Ins. | 1.27 | 5.05 |
| Suppl AD/D | 0.41 | 1.63 |
| DepLfChild | 1.17 | 4.68 |
| DepChADD | 0.28 | 1.12 |
| Suppl LTD | 3.13 | 12.52 |
| BenefitPlus | 84.69 | 311.55 |
| Garnishmnt | 476.44 | 1,905.76 |
| **TOTAL:** | **567.39** | **2,242.31** |

### EMPLOYER PAID BENEFITS

| **Description** | **Current** | **YTD** |
|---|---|---|
| Basic STD* | 9.51 | 38.04 |
| Suppl LTD* | 2.31 | 9.24 |
| *TAXABLE | | |

| | **TOTAL GROSS** | **FED TAXABLE GROSS** | **TOTAL TAXES** | **TOTAL DEDUCTIONS** | **NET PAY** |
|---|---|---|---|---|---|
| Current | 1,546.86 | 1,414.11 | 215.32 | 711.96 | 619.58 |
| YTD | 6,211.26 | 5,680.38 | 900.23 | 2,820.47 | 2,490.56 |

### NET PAY DISTRIBUTION

| | **Account Type** | **Deposit Amount** |
|---|---|---|
| Advice #000000010090357 | Checking | $400.00 |
| | Checking | $219.58 |
| | **TOTAL:** | **$619.58** |

**MESSAGE:**

---

**TJU Hospitals, Inc.**  **Date: 02/21/2020**  **Advice No. 10090357**
111 S. 11th Street
Philadelphia, PA  19107-5587

**Deposit Amount:**    **$619.58**

**To The Account Of**

**DON WILLIAMS**
638 East Allengrove Street
Philadelphia, PA  19120

Location: 925 Chestnut Street (PMA)

# NON-NEGOTIABLE

**TJU Hospitals, Inc.**
111 S. 11th Street
Philadelphia, PA  19107-5587

| | |
|---|---|
| Pay Group: | HBI-TJH Biweekly |
| Pay Begin Date: | 01/18/2020 |
| Pay End Date: | 01/31/2020 |

| | |
|---|---|
| Business Unit: | 209 |
| Advice #: | 000000010082729 |
| Advice Date: | 02/06/2020 |

**Don Williams**
638 East Allengrove Street
Philadelphia, PA  19120

| | |
|---|---|
| Employee ID: | 000040531 |
| Department: | 20904030-Phlebotomy |
| Location: | 925 Chestnut Street (PMA) |
| Job Title: | Phlebotomist |
| Pay Rate: | $19.101744 Hourly |

| TAX DATA: | Federal | PA State |
|---|---|---|
| Marital Status: | Single | Single |
| Allowances: | 7 | 4 |
| Addl. Pct: | | |
| Addl. Amt: | | |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular | 19.101744 | 68.90 | 1,316.11 | 198.78 | 3,778.07 |
| TimeOffSch | 19.101744 | 4.50 | 85.96 | 17.68 | 332.78 |
| Holiday | 19.101744 | 8.00 | 152.81 | 24.00 | 452.45 |
| WellCredit | | | 15.00 | | 45.00 |
| Overtime | 28.652542 | 1.18 | 33.81 | 1.45 | 41.39 |
| TimeOffUsc | | | 0.00 | 0.77 | 14.71 |
| **TOTAL:** | | **82.58** | **1,603.69** | **242.68** | **4,664.40** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 16.66 | 35.47 |
| Fed MED/EE | 21.77 | 63.19 |
| Fed OASDI/EE | 93.10 | 270.19 |
| PA Unempl EE | 0.96 | 2.80 |
| PA Withholdng | 45.73 | 132.69 |
| PA PHILADELPHIA Withholdng | 62.08 | 180.57 |
| **TOTAL:** | **240.30** | **684.91** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Medical | 84.84 | 254.52 |
| Dental | 13.05 | 39.15 |
| Vis | 6.12 | 18.36 |
| FSA Health | 10.00 | 30.00 |
| DC Pension | 31.10 | 91.56 |
| **TOTAL:** | **145.11** | **433.59** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Life Ins. | 1.27 | 3.78 |
| Suppl AD/D | 0.41 | 1.22 |
| DepLfChild | 1.17 | 3.51 |
| DepChADD | 0.28 | 0.84 |
| Suppl LTD | 3.13 | 9.39 |
| BeneftPlus | 84.69 | 226.86 |
| Garnishmnt | 476.44 | 1,429.32 |
| **TOTAL:** | **567.39** | **1,674.92** |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Basic STD* | 9.51 | 28.53 |
| Suppl LTD* | 2.31 | 6.93 |
| *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,603.69 | 1,470.40 | 240.30 | 712.50 | 650.89 |
| YTD | 4,664.40 | 4,266.27 | 684.91 | 2,108.51 | 1,870.98 |

### NET PAY DISTRIBUTION

| | Account Type | Deposit Amount |
|---|---|---|
| Advice #000000010082729 | Checking | $400.00 |
| | Checking | $250.89 |
| **TOTAL:** | | **$650.89** |

**MESSAGE:**

---

**TJU Hospitals, Inc.**
111 S. 11th Street
Philadelphia, PA  19107-5587

**Date: 02/06/2020**              **Advice No. 10082729**

**Deposit Amount:**  **$650.89**

**To The Account Of**

**DON WILLIAMS**
638 East Allengrove Street
Philadelphia, PA  19120
Location: 925 Chestnut Street (PMA)

## NON-NEGOTIABLE

| TJU Hospitals, Inc.<br>111 S. 11th Street<br>Philadelphia, PA  19107-5587 | Pay Group:  HBI-TJH Biweekly<br>Pay Begin Date:  01/04/2020<br>Pay End Date:  01/17/2020 | Business Unit:  209<br>Advice #:  000000010075109<br>Advice Date:  01/23/2020 | |
|---|---|---|---|
| | | **TAX DATA:** | **Federal**   **PA State** |
| **Don Williams**<br>638 East Allengrove Street<br>Philadelphia, PA  19120 | Employee ID:  000040531<br>Department:  20904030-Phlebotomy<br>Location:  925 Chestnut Street (PMA)<br>Job Title:  Phlebotomist<br>Pay Rate:  $19.101744 Hourly | Marital Status:  Single   Single<br>Allowances:  7   4<br>Addl. Pct:<br>Addl. Amt: | |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular | 19.101744 | 79.23 | 1,513.43 | 129.88 | 2,461.96 |
| TimeOffUsc | 19.101744 | 0.77 | 14.71 | 0.77 | 14.71 |
| WellCredit | | | 15.00 | | 30.00 |
| TimeOffSch | | | 0.00 | 13.18 | 246.82 |
| Holiday | | | 0.00 | 16.00 | 299.64 |
| Overtime | | | 0.00 | 0.27 | 7.58 |
| **TOTAL:** | | **80.00** | **1,543.14** | **160.10** | **3,060.71** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 10.65 | 18.81 |
| Fed MED/EE | 20.90 | 41.42 |
| Fed OASDI/EE | 89.34 | 177.09 |
| PA Unempl EE | 0.93 | 1.84 |
| PA Withholdng | 43.87 | 86.96 |
| PA PHILADELPHIA Withholdng | 59.74 | 118.49 |
| **TOTAL:** | **225.43** | **444.61** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Medical | 84.84 | 169.68 |
| Dental | 13.05 | 26.10 |
| Vis | 6.12 | 12.24 |
| FSA Health | 10.00 | 20.00 |
| DC Pension | 30.56 | 60.46 |
| **TOTAL:** | **144.57** | **288.48** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Life Ins. | 1.27 | 2.51 |
| Suppl AD/D | 0.41 | 0.81 |
| DepLfChild | 1.17 | 2.34 |
| DepChADD | 0.28 | 0.56 |
| Suppl LTD | 3.13 | 6.26 |
| BeneftPlus | 84.69 | 142.17 |
| Garnishmnt | 476.44 | 952.88 |
| **TOTAL:** | **567.39** | **1,107.53** |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Basic STD* | 9.51 | 19.02 |
| Suppl LTD* | 2.31 | 4.62 |
| *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,543.14 | 1,410.39 | 225.43 | 711.96 | 605.75 |
| YTD | 3,060.71 | 2,795.87 | 444.61 | 1,396.01 | 1,220.09 |

### NET PAY DISTRIBUTION

| | Account Type | Deposit Amount |
|---|---|---|
| Advice #000000010075109 | Checking | $400.00 |
| | Checking | $205.75 |
| | **TOTAL:** | **$605.75** |

**MESSAGE:**

---

**TJU Hospitals, Inc.**          **Date: 01/23/2020**          **Advice No. 10075109**
111 S. 11th Street
Philadelphia, PA  19107-5587

**Deposit Amount:**   **$605.75**

**To The Account Of**

**DON WILLIAMS**
638 East Allengrove Street
Philadelphia, PA  19120
Location: 925 Chestnut Street (PMA)

# NON-NEGOTIABLE